## ATTACHMENT A

### STIPULATION OF FACTS

*The undersigned parties stipulate and agree that if this case had proceeded to trial, this Office would have proven the following facts beyond a reasonable doubt. The undersigned parties also stipulate and agree that the following facts do not encompass all of the evidence that would have been presented had this matter proceeded to trial.*

Beginning at least in or around January 2017, and continuing through at least in or around October 2018, the Defendant, **PHILIP ELLIOTT BRYANT ("BRYANT")**, combined, conspired, confederated, and agreed with others to distribute and possess with intent to distribute controlled substances, including at least 500 grams or more of a mixture or substance containing a detectible amount of cocaine.

During the course of the conspiracy, **BRYANT** obtained deliveries of cocaine and marijuana via mail delivered by the United States Postal Service. Bryant contacted Co-Conspirator 1 to order cocaine and marijuana, and Co-Conspirator 1 caused packages containing cocaine and marijuana to be mailed from addresses in California to addresses in the District of Maryland that **BRYANT** provided to Co-Conspirator 1. **BRYANT** paid for the cocaine and marijuana, among other ways, by sending packages of money to addresses in California provided by Co-Conspirator 1. **BRYANT** distributed the cocaine and marijuana he obtained from Co-Conspirator 1 in the District of Maryland and elsewhere.

On October 24, 2018, a package containing cocaine intended for **BRYANT** was delivered to Individual 1 in Silver Spring, Maryland. Individual 1 had previously accepted delivery of multiple packages on behalf of **BRYANT**. **BRYANT** instructed Individual 1 to mark the packages intended for him with "RTS" for "return to sender," to create the false impression that the packages had been mailed to the address mistakenly. **BRYANT** texted Individual 1 on October 22, 23, and 24, 2018, to check on the tracking and delivery of the package containing the cocaine. The package contained a "brick" of 957.34 grams of cocaine.

On October 24, 2018, a search of **BRYANT**'s residence in Takoma Park, Maryland, and of **BRYANT**'s vehicle resulted in the seizure of controlled substances that **BRYANT** possessed and intended to distribute, including cocaine, heroin, marijuana, and Tetrahydrocannabinol ("THC"), as well as packaging material, scales, and other items related to drug trafficking. A rolled up dollar bill with residue of cocaine, which **BRYANT** used to ingest cocaine, was also located in the residence. In total, 119.88 grams of cocaine, 48.03 grams of heroin, 768.21 grams of marijuana, and 21.5 grams of THC were recovered from **BRYANT**'s residence and vehicle.

Large amounts of United States currency were seized from **BRYANT**'s person, residence, and vehicle. Specifically, a package was seized from **BRYANT**'s vehicle containing $28,470 in bundled United States currency, addressed to a location in California provided by Co-Conspirator 1. The currency was intended payment for controlled substances that Co-Conspirator 1 caused to be delivered to **BRYANT**. In addition, $19,633 in United States currency was recovered from

BRYANT's residence, and $5,340 was recovered from BRYANT's person, all of which constituted proceeds of his drug trafficking.

On October 24, 2018, BRYANT also possessed a .40 caliber, Hi-Point model JCP pistol with a loaded magazine, bearing serial number X761771. BRYANT was at that time an unlawful user of controlled substances, as defined in 21 U.S.C. § 802, and therefore prohibited from possessing a firearm.

SO STIPULATED:

_____
Catherine K. Dick
Assistant United States Attorney

_____
Philip Elliott Bryant
Defendant

_____
Allan Rombro, Esq.
Counsel for Defendant

Rev. August 2018

11